UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALBERTO MARTINEZ RODRIGUEZ,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, EAST MONTANA DETENTION CENTER,<br><br>Respondent. | No. 1:26-cv-03081-DC-AC (HC)<br><br><br>ORDER TRANSFERRING MATTER TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS |

On April 23, 2026, Petitioner, an immigration detainee, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 and a motion for a temporary restraining order, challenging his detention in U.S. Immigration and Customs Enforcement ("ICE") custody. (Doc. Nos. 1, 3.) Petitioner states in his motion for a temporary restraining order that he is currently detained at the East Montana Detention Center. (Doc. No. 3 at 1.) Petitioner listed his address in the motion as East Montana Detention Center, 6920 Digital Road, El Paso, Texas 79936. (*Id.* at 3.) Further, Petitioner named the Warden of the East Montana Detention Center as the sole respondent in this action. (Doc. No. 1 at 1.)

El Paso, Texas is located in El Paso County, which is located in an area covered by the United States District Court for the Western District of Texas. Jurisdiction over this § 2241 petition is proper only in the district of confinement. *See Doe v. Garland*, 109 F.4th 1188, 1197-

1

98 (9th Cir. 2024).

Thus, in the interests of justice this action will be transferred to the United States District Court for the Western District of Texas pursuant to 28 U.S.C. § 1631.

Accordingly,

1.    This matter is transferred to the United States District Court for the Western District of Texas; and

2.    The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **April 25, 2026**

Dena Coggins
United States District Judge

2